```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         v.                      :      10 Cr. 650
                                 :
LILIANA TRAFFICANTE,             :
                                 :
                   Defendant.    :
                                 :
- - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
LILIANA TRAFFICANTE
Defendant

_____
Witness

_____
John Meringolo, Esq.
Counsel for Defendant

Date: New York, New York
      July 26, 2010

0202

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 6 JUL 2010
```