# MEMORANDUM

TO: DEBORAH A. BATTS
U.S. District Court Judge

FROM: ARTHUR PENNY
Chief Pretrial Services Officer

RE: Trafficante, Liliana
DOCKET #: 10 CR 650-1

The attached memorandum was prepared by Pretrial Services Officer, Lisa Chan 212-805-4131 will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _____ on _____ at _____ .
Date       Time

/DAB/
10/15/12  [X]  So Ordered: _Bail revoked_____

**MEMO ENDORSED**

[ ]  I request that a Bail Review Hearing be conducted by:

  [ ]  The presiding Magistrate Judge in courtroom # 5A.

  [ ]  The District Court Judge presiding in Part I.

  [ ]  _____ at his/her earliest convenience.
        Judicial Officer

COMMENTS:

SO ORDERED

_Deborah A. Batts_
DEBORAH A. BATTS   10/15/12
UNITED STATES DISTRICT JUDGE



# MEMORANDUM

**To:**  Honorable Deborah A. Batts
U.S. District Judge

**From:** Lisa Chan
U.S. Pretrial Services Officer

**Re:** U.S.A. vs Liliana Trafficante
10 CR 0650-1

**Date:** October 12, 2012

This memorandum is to advise Your Honor of the defendant's status while on Pretrial Services supervision.

The defendant initially appeared in this district on May 26, 2010 and appeared before U.S. Magistrate Judge Debra C. Freeman for initial presentment purposes and was released on the following bail and release conditions: a $100,000 personal recognizance bond to be cosigned by one financially responsible person, regular PSA supervision, surrender of all travel documents with no new applications, travel restricted to the Southern and Eastern District of New York. The defendant was further ordered not to solicit investments or loans to a person or any entity without Pretrial Services permission. On September 21, 2010, the defendant entered a guilty plea to Count One of the Information: Conspiracy To Defraud The United States. Her sentencing date is pending.

While on supervision, the defendant had been compliant until the below noted arrest. She has been reporting as directed, and has been employed at Stand Up For Kids, New York, NY and Xoxai Chocolates in New York, NY.

Pretrial Services was notified that the defendant was arrested by the New York City Police Department on October 2, 2012 for Grand Larceny 3rd, Grand Larceny 4th, Criminal Possession of Stolen Property 3rd, Criminal Possession of Stolen Property 4th, Petit Larceny, and Criminal Impersonation 2nd.

A search of Webcrims indicated that the defendant is scheduled to appear in court on October 15, 2012. Pretrial Services spoke with the defendant's counsel, Basima Hafiz, who advised that the defendant has been detained since her arrest, and anticipates that she will not be released on bail.

Given the defendant's new arrest while on supervision, Pretrial Services respectfully requests a bail violation hearing to address the defendant's noncompliance.

Reviewed by:

Kenneth Rowan
Supervisory U.S. Pretrial Service Officer

Respectfully submitted,

Arthur Penny
Chief U.S. Pretrial Service Officer

Lisa Chan
U.S. Pretrial Services Officer

cc: Assistant U.S. Attorney, Eugene Ingoglia
    Defense Attorney, John C. Meringolo